UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:17-CV-2387-G (BN) |
| OCWEN LOAN SERVICING, LLC, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated January 8, 2018, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

Accordingly, the court **GRANTS** defendants' motion to dismiss (docket entry 10) in part. Plaintiff's negligence, gross negligence, and unreasonable collection claims are **DISMISSED** with prejudice and plaintiff's TDCA claims and requests for declaratory and injunctive relief are **DISMISSED** without prejudice.

The court **GRANTS** plaintiff 21 days from the date of this order in which to file a second amended complaint that repleads only her TDCA claims and requests for declaratory and injunctive relief, consistent with the undersigned's findings, conclusions, and recommendation, and orders that, if plaintiff fails to do so, her TDCA claims and requests for declaratory and injunctive relief against defendants U.S. Bank and Ocwen will be dismissed with prejudice without further notice.

February 16, 2018.


_____
**A. JOE FISH**
**Senior United States District Judge**